UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH HEPBURN,<br><br>         Plaintiff,<br><br>  -against-<br><br>PETER FERRIS, A/K/A PETE FERRIS, BROTHERS ALUMINUM CORP., BANK OF AMERICA, N.A., M&T BANK CORPORATION and LIBERTY MUTUAL,<br><br>         Defendants. | Case No. 13-CV-05474(LDL)(ARL)<br><br>ECF CASE<br><br>**NOTICE OF APPEARANCE** |

  To the Clerk of the Court and all parties of record:

  Please enter the appearance of Lisa M. Firshing as counsel in this case for Defendant Peter Ferris.  I certify that I am admitted to practice in this court.

Dated: Lynbrook, New York
   November 18, 2013

                 **LISA M. FIRSHING, ESQ.**

                By: /s/  Lisa M. Firshing
                  Lisa M. Firshing (LF-0641)
                  56 Driving Park Avenue
                  Lynbrook, New York 11563
                  (516) 872-4732
                  *Attorney for Defendant Peter Ferris*