```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOSEPH HEPBURN,                                                  MEMORANDUM AND ORDER

                        Plaintiff,                               CV 13-5474

            -against-                                            (Wexler, J.)

PETER FERRIS a/k/a PETE FERRIS, BROTHERS
ALUMINUM CORP., BANK OF AMERICA,
N.A., M&T BANK CORPORATION and
LIBERTY MUTUAL GROUP, INC.,

                        Defendants.
----------------------------------------------------------X
```

FILED
U.S. CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 29 2015 ★
LONG ISLAND OFFICE

WEXLER, District Judge:

Following a bench trial held before this Court on June 23, and 24, 2015, the parties have agreed to settle this case in accordance with the terms stated on the record on June 24, 2015. Such terms include an agreed distribution of the funds currently held in the registry of the Court in the amount of $50,784.51, to fully and finally settle this action. In accordance with that agreement, it is ORDERED, ADJUDGED and DECREED that the Clerk of this Court shall issue two (2) checks: one check in the amount of $25,392.26 made payable to Joseph Hepburn and B. Shamus O'Donniley, Esq. as attorney for Joseph Hepburn, mailed to B. Shamus O'Donniley, Esq., 39-07 Prince Street, Suite 6F, Flushing, NY 11354; and one check in the amount of $25,392.25 made payable to Brothers Aluminum Corp. and Mathew W. Beckwith, Esq. as

attorney for Brothers Aluminum Corp., mailed to Sacco & Fillas. LLP, 31-19 Newton Avenue, 7th Floor, Astoria, NY 11102.

SO ORDERED.

/s/
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
June 29, 2015